UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CASE NO: 3:23-cv-00238-CONLEY/Boor

**JAN SUMMERTON,**
individually and on behalf of all
others similarly situated,                                           **CLASS ACTION**

      Plaintiff,                                                              **JURY TRIAL DEMANDED**

v.

**GOLDCO DIRECT LLC,**

      Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jan Summerton moves this Court to certify the following class under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure:

> **All persons in the United States who, during the four years prior to the filing of this case (1) received more than one text message from Defendant or anyone on Defendant's behalf during any 12-month period; (2) after requesting to not receive text messages from Defendant by responding with a "stop" or "unsubscribe" request; (3) whose number was listed on the National Do-Not-Call Registry when the messages were received; and (4) who did not re-opt in to receive text messages prior to receipt of the text messages.**

Excluded from the proposed Class are Defendant, its parents, subsidiaries, affiliates, officers and directors, any entity in which Defendant has a controlling interest, all individuals who make timely election to be excluded, and all judges assigned to this litigation and their immediate family members. As outlined in the attached brief in support of this motion, the proposed settlement meets the requirements of Rule 23 for approval of a settlement class.

1

**WHEREFORE**, Plaintiff and Class Counsel respectfully request that the Court: (1) grant Preliminary Approval to the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) approve the Notice program set forth in the Agreement and approve the form and content of the Notices and Claim Form, attached to the Settlement Agreement; (4) approve and order the opt-out and objection procedures set forth in the Agreement; (5) appoint Plaintiff as Class Representative; (6) appoint as Class Counsel the law firms and attorneys listed in paragraph I of the Agreement; and (7) schedule a Final Approval Hearing. A Proposed Preliminary Approval Order is attached hereto as *Exhibit C*.

Dated: August 29, 2025

Respectfully submitted,

| **HIRALDO P.A.** | **EISENBAND LAW, P.A.** |
|---|---|
| */s/ Manuel S. Hiraldo* | */s/Michael Eisenband* |
| Manuel S. Hiraldo, Esq. | 515 E. Las Olas Boulevard, Suite 120 |
| Florida Bar No. 030380 | Ft. Lauderdale, Florida 33301 |
| 401 E. Las Olas Boulevard | Michael Eisenband |
| Suite 1400 | Florida Bar No. 94235 |
| Ft. Lauderdale, Florida 33301 | Email: MEisenband@Eisenbandlaw.com |
| Email: mhiraldo@hiraldolaw.com | Telephone: 954.533.4092 |
| Telephone: 954.400.4713 | *Counsel for Plaintiff and the Class* |
| *Counsel for Plaintiff and the Class* | |

## CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with counsel for Defendant and that Defendant does <u>not</u> oppose this Motion.

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo

## CERTIFICATE OF SERVICE

This document was served on counsel for all parties when filed through the Court's CM/ECF system on August 29, 2025.

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo