UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CASE NO: 3:23-cv-00238-CONLEY/Boor

**JAN SUMMERTON,**
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**GOLDCO DIRECT LLC,**

      Defendant.
_____/

**CLASS ACTION**

**Honorable William M. Conley**

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jan Summerton moves this Court to finally certify and approve the following settlement class under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure:

> **All persons in the United States who, during the four years prior to the filing of this case (1) received more than one text message from Defendant or anyone on Defendant's behalf during any 12-month period; (2) after requesting to not receive text messages from Defendant by responding with a "stop" or "unsubscribe" request; (3) whose number was listed on the National Do-Not-Call Registry when the messages were received; and (4) who did not re-opt in to receive text messages prior to receipt of the text messages.**

This Motion is supported by: (1) the attached memorandum of law; (2) the settlement administrator's declaration; (3) the records, pleadings, and papers filed in this Action; and (4) upon such other documentary and oral evidence or argument as may be presented to the Court.

**WHEREFORE**, Plaintiff and Class Counsel respectfully request that the Court: (1) grant final approval to the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) appoint Plaintiff as

1

Class Representative; (4) appoint as Class Counsel Manuel S. Hiraldo and Michael Eisenband; and (7) such other relief deemed appropriate. A Proposed Final Approval Order is attached.

Dated: February 6, 2026

Respectfully submitted,

| **HIRALDO P.A.** | **EISENBAND LAW, P.A.** |
|---|---|
| */s/ Manuel S. Hiraldo* <br> Manuel S. Hiraldo, Esq. <br> Florida Bar No. 030380 <br> 401 E. Las Olas Boulevard <br> Suite 1400 <br> Ft. Lauderdale, Florida 33301 <br> Email: mhiraldo@hiraldolaw.com <br> Telephone: 954.400.4713 <br> *Counsel for Plaintiff and the Class* | */s/Michael Eisenband* <br> 515 E. Las Olas Boulevard, Suite 120 <br> Ft. Lauderdale, Florida 33301 <br> Michael Eisenband <br> Florida Bar No. 94235 <br> Email: MEisenband@Eisenbandlaw.com <br> Telephone: 954.533.4092 <br> *Counsel for Plaintiff and the Class* |

## CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with counsel for Defendant and that Defendant does <u>not</u> oppose this Motion.

<u>/s/ Manuel S. Hiraldo</u>
Manuel S. Hiraldo

## CERTIFICATE OF SERVICE

This document was served on counsel for all parties when filed through the Court's CM/ECF system on February 6, 2026.

<u>/s/ Manuel S. Hiraldo</u>
Manuel S. Hiraldo
